# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-3511

_____

Dale E. Bryant

*Plaintiff - Appellant*

v.

Corizon, Inc., Quachita River Correctional Center (ORCC); Mr. Pratt, Health Services Administrator ORCC; Dr. Gregory McKinney, Medical Director, ORCC Hospital

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: May 20, 2015
Filed: June 1, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

After Arkansas inmate Dale Bryant brought a civil rights suit regarding certain policies of defendant Corizon, Inc., in connection with his medical care, the District

Court[1] dismissed the suit without prejudice for failure to exhaust administrative remedies. Bryant appeals.

After careful review, we agree with the District Court that Bryant failed to properly exhaust his administrative remedies because his grievances did not name any of the defendants or complain about the specific medical-care policies challenged in this action, as required by prison grievance procedures. See Jones v. Bock, 549 U.S. 199, 218 (2007) ("The level of detail necessary in a grievance to comply with the grievance procedures will vary from system to system and claim to claim, but it is the prison's requirements, and not the PLRA, that define the boundaries of proper exhaustion.").

The judgment is affirmed.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendation of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, now retired.